FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 9 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MELVIN CHARLTON**                                                 **PLAINTIFF**

VS.              NO. 2:12CV0393WW

(Removed from Case No. CV-2012-36
Circuit Court of Phillips County, Arkansas)

This case assigned to District Judge Wright
and to Magistrate Judge Ray

**TWIN CITY SHOPPING CENTER, INC.**
**d/b/a TWIN CITY S/C, INC.**                              **DEFENDANT**

## NOTICE OF REMOVAL

TO:    The United States District Court
       Eastern District of Arkansas, Eastern Division

       Lynn Stillwell, Phillips County Circuit Clerk
       206 Courthouse, 620 Cherry Street, Helena, Arkansas 72342

       Charles E. Halbert, Jr.
       Halbert Law Firm
       P.O. Box 2720
       West Helena, Arkansas 72390

Comes now the Defendant, Twin City Shopping Center, Inc., by and through its attorneys, Munson, Rowlett, Moore & Boone, P.A. and hereby submits its Notice of Removal, as set forth below:

    1.    Petitioner Twin City is the Defendant in a civil action brought against it in the Circuit Court of Phillips County, Arkansas. *See* Complaint, attached as Exhibit 1.

    2.    At the time of this filing and at all relevant times, Plaintiff Melvin Charlton was a resident of Phillips County, Arkansas.

3.  At all relevant times, Twin City was a corporation incorporated under the laws of the State of Mississippi and authorized to do business in the State of Arkansas.

4.  The allegations complained of in the Complaint occurred in the Eastern District of Arkansas.

5.  Within thirty days before the filing of this Notice of Removal, Petitioner has ascertained based upon the Complaint that the aforementioned action is one which is removable under 28 U.S.C. § 1441.

6.  The amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs, as set forth in Plaintiff's Complaint. *See* Exhibit 1, Paragraph 10 wherein the Plaintiff alleges that he has incurred to date medical expenses in the amount of $100,420.85. In addition to the $100,420.85 in incurred medical expenses, the Plaintiff alleges that he has incurred other unspecified expenses; will continue to need medical attention in the future; is entitled to recover damages for his "excruciating pain and suffering in the past and will continue to undergo such pain and suffering in the future;" costs; reasonable attorney's fees; and any and all other relief that he may be entitled.

7.  This action was commenced by service of summons on or about February 26, 2012. This Notice is therefore timely filed under the provisions of 28 U.S.C. § 1441.

8. Copies of all pleadings and orders filed or served upon Petitioner as Defendant in the aforementioned state action, as well as the Docket Sheet in the state action, are attached hereto, marked as Exhibits 1, 2 and 3 and made a part hereof.

WHEREFORE, Defendant hereby removes this case from the Circuit Court of Phillips County, Arkansas to this court for determination and trial.

DATED this 9th day of March, 2012.

Respectfully submitted,

MUNSON, ROWLETT, MOORE
& BOONE, P.A.
REGIONS CENTER
400 W. CAPITOL, SUITE 1900
LITTLE ROCK, AR 72201
501/374-6535
mark.breeding@hmrmlaw.com

BY: /s/ Mark Breeding
MARK S. BREEDING     89149

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Answer was forwarded this 9th day of March, 2012, to:

Charles E. Halbert, Jr.
Halbert Law Firm
PO Box 2720
West Helena, AR 72390

                                             /s/ Mark Breeding
                                             MARK S. BREEDING

## IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
## CIVIL DIVISION

MELVIN CHARLTON                                          PLAINTIFF

VS                          No. CV-2012-____

TWIN CITY SHOPPING                                       DEFENDANT
CENTER, INC., D/B/A
TWIN CITY S/C, INC.

### COMPLAINT

COMES NOW the Plaintiff, Melvin Charlton, by and through his attorney, Charles E. Halbert, Jr., and for his cause of action against the Defendant, Twin City Shopping Center, Inc., Twin City S/C, Inc., states:

1. Plaintiff is a citizen and residents of Phillips County, Arkansas.

2. The Defendant is a corporation duly authorized to transact business in the State of Arkansas which did transact business in the State of Arkansas.

3. Jurisdiction and venue are proper in this court pursuant to Ark. Code Ann. §16-60-112.

4. At all times mentioned herein, the Defendant Twin City Shopping Center, Inc., d/b/a Twin City S/C, Inc., a corporation, was engaged as a landlord, renting property in West Helena, Arkansas, operating for the use of the general public.

5. On or about the 4th day of March, 2011, Melvin Charlton was a customer at Fred's Store, located in the Twin City Shopping Center, Inc. in West Helena, Arkansas.

6. On said date, Plaintiff Melvin Charlton, upon leaving the Fred's Store, slipped and fell as he walked down the outside handicap ramp. Defendant Twin City Shopping Center, Inc., d/b/a Twin City S/C, Inc. carelessly and negligently failed to properly



EXHIBIT 1

FILED
At ____ O'Clock ____ M
FEB 13 2012
LYNN STILLWELL
PHILLIPS COUNTY CIRCUIT CLERK

maintain said ramp. Said ramp did not comply with applicable state, local and federal laws. Said ramp and its condition caused an unreasonably dangerous condition.

7. Said ramp caused Plaintiff, Melvin Charlton, to slip and fall violently and forcefully to the ground.

8. Defendant carelessly and negligently maintained a dangerous and unsafe condition which exposed patrons/customers of the establishment to undue harm.

9. The Defendant maintained the property in such a negligent manner that as a proximate result, Plaintiff, Melvin Charlton, sustained severe and permanent injuries to his left hip, as well as a shock to his entire nervous system causing him to experience excruciating mental and physical pain and suffering and resulting in his disability.

10. As a proximate result of said injuries, Plaintiff, Melvin Charlton, was compelled to and did incur expenses for medical care, hospitalization and other expenses. Plaintiff has incurred to date medical expenses in the amount of One Hundred Thousand Four Hundred Twenty Dollars and Eighty-Five Cents ($100,420.85), and he will continue to need medical attention in the future. As a further result of said injuries, Plaintiff has undergone excruciating pain and suffering in the past and will continue to undergo such pain and suffering in the future.

11. Plaintiff requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Melvin Charlton, prays this Court, upon hearing the evidence, enter a judgment against the Defendant, Twin City Shopping Center, Inc., d/b/a Twin City S/C, Inc., for the following:

(a) For an amount undetermined at this time, but to be determined at trial, said amount being less than the amount required for federal jurisdiction in diversity matters,

for Melvin Charlton's medical expenses and injury to his left hip and to his entire nervous system; said amount including his excruciating pain and suffering and mental anguish experienced in the past and that which he will undergo in the future and for his continuing medical expenses, which will be incurred in the future;

(b) His costs, a reasonable attorney's fee, and any and all other relief that he may be entitled in these premises, but the total judgment in no event to exceed the amount required by federal diversity jurisdiction.

Respectfully Submitted,

CHARLES E. HALBERT, JR., P. A.

Charles E. Halbert, Jr. (92004)
Attorney for the Plaintiff
P.O. Box 2720
West Helena, AR 72390
(870) 572-3351
Fax: (870) 572-4087

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

MELVIN CHARLTON                                          PLAINTIFF

VS                          No. CV-2012-___

TWIN CITY SHOPPING                                       DEFENDANT
CENTER, INC., D/B/A
TWIN CITY S/C, INC.

THE STATE OF ARKANSAS TO DEFENDANT: TWIN CITY SHOPPING CENTER,
                                    INC., d/b/a TWIN CITY S/C, INC.
                                    c/o The Corporation Company
                                    Registered Agent
                                    124 W. Capitol Ave., Ste. 1900
                                    Little Rock, AR 72201

## SUMMONS
## NOTICE OF LAWSUIT

1. You are hereby notified that a lawsuit has been filed against you. The relief asked is stated in the attached Complaint.
2. The attached Complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the Complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or Answer must meet the following requirements:
   A. It must be in writing and otherwise comply with the Arkansas Rules of Civil Procedure.
   B. It must be filed in the court clerk's office within **30 days** from the day you were served with this Summons.
3. If you desire to be represented by an attorney, you should immediately contact your attorney so that an Answer can be filed for you within the time allowed.
4. Additional notices:

Witness my hand and seal of the Court on this ___13___ day of February, 2012.

Address of the Clerk's Office:              Lynn Stillwell, CIRCUIT CLERK
620 Cherry Street                           By: _____
Helena, AR 72342                                      Deputy Clerk

**Charles E. Halbert, Jr.**
**Attorney for Plaintiff**
P.O. Box 2720
West Helena, AR 72390
(870) 572-3351


EXHIBIT 2

# CIVIL DOCKET PHILLIPS COUNTY, AR

JUDGE SIMES

CASE NO. CV-2012-36-1

| No. of Case | NAMES OF PARTIES | ATTORNEYS | DATE OF FILING |||
|---|---|---|---|---|---|
| | | | Month | Day | Year |
| CV-2012-36 | MELVIN CHARLTON  Pltf. | NEGLIGENCE: OTHER | 2 | 13 | 2012 |
| | | CHARLES HALBERT JR | Jury Fees $ |||
| | VS | | Paid by |||
| | TWIN CITY SHOPPING CENTER, INC DBA<br>DBA TWIN CITY S/C INC  Deft. | | BOOK |||
| | | | Vol. | Page ||

## ORDERS OF COURT

| Date of Orders | |
|---|---|
| 2/13/2012 | COMPLAINT, SUMMONS/NOTICE FOR TWIN CITY SHOPPING CENTER AND TWIN CITY S/C INC. |
| 2/28/2012 | Affidavit |



EXHIBIT 3